# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Millenium Biologix, LLC

               Plaintiff,

v.                                    Case No.: 1:13–cv–03084

                                    Honorable Virginia M. Kendall

Baxter Healthcare Corp., et al.

               Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 17, 2013:

       MINUTE entry before Honorable Virginia M. Kendall: MOTION by Defendants ApaTech, Inc., ApaTech, Ltd., Baxter Healthcare Corp. for extension of time *To Answer Second Amended Complaint*[69] is granted to seven (7) days following the resolution of their motion to stay pending inter partes review. Motion hearing set for 10/24/2013 on this motion is hereby stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.